**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-1300**

───────────

THOMAS R. SHELTON,

Plaintiff - Appellant,

versus

RICHMOND PUBLIC SCHOOLS,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Dennis W. Dohnal, Magistrate Judge.  (CA-01-166-3)

───────────

Submitted:  August 16, 2002          Decided:  September 4, 2002

───────────

Before WILKINS, LUTTIG, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Thomas R. Shelton, Appellant Pro Se.  Stephanie Ploszay Karn, MCGUIREWOODS, L.L.P., Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas R. Shelton appeals the magistrate judge's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge.[*] See Shelton v. Richmond Public Schools, No. CA-01-166-3 (E.D. Va. Feb. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

2